## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CYNTHIA CARRUTHERS, | |
| Plaintiff, | Case No.: 1:18-cv-03516 |
| v. | |
| DIVERSIFIED CONSULTANTS, INC., | Honorable Joan Humphrey Lefkow |
| Defendant. | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff, CYNTHIA CARRUTHERS, and Defendant, DIVERSIFIED CONSULTANTS, INC., through counsel, that said action be dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41.

Dated: February 1, 2019

Respectively submitted,

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Cynthia Carruthers*

*/s/ Morgan I. Marcus (with consent)*

Morgan I. Marcus
**SESSIONS FISHMAN NATHAN & ISRAEL, LLC**
141 West Jackson Boulevard
Suite 3550
Chicago, Illinois 60604
+1 312-578-0990
mmarcus@sessions.legal

*Counsel for Diversified Consultants, Inc.*